UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL STEWARD,

        Plaintiff,

-against-

RAYMOND CORPORATION AND
WOMACK HANDLING SYSTEMS,
INC.

        Defendant.
-----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 06-1648

(Wexler, J.)

APPEARANCES:

    MICHAEL STEWARD, Plaintiff, pro se
    P.O. Box 80178
    Brooklyn New York 11208

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
    BY: PHILLIP A. TUMBARELLO, ESQ.
    3 Gannett Drive
    White Plains, NY 10604-3407
    Attorneys for Defendant

WEXLER, District Judge

Pursuant to a ruling made at a conference held this date and upon consultation with Plaintiff's former counsel, it is hereby ordered that Stephan Persoff, Plaintiff's former counsel, hand over the file in this matter to Plaintiff Michael Stewart. This order is subject to any attorney's lien that Persoff may appropriately assert. Mr. Stewart shall appear at the office of attorney Persoff on March 19, 2008, to take possession of the file. Mr. Stewart is to report to this court as to the status of his attempt to obtain counsel on or before April 13, 2008.

    SO ORDERED.

                                      LEONARD D. WEXLER
                                      UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       March 18, 2008